UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHILIP A PAUL,<br><br>              Petitioner,<br><br>    v.<br><br>WASHINGTON STATE ATTORNEY GENERAL,<br><br>              Respondent. | CASE NO. 3:16-CV-05056-BHS-DWC<br><br>ORDER ON MOTION FOR EXTENSION |

      Petitioner Philip A. Paul, proceeding *pro se*, filed this federal habeas Petition pursuant to 28 U.S.C. § 2254. On February 5, 2016, Petitioner was ordered to file by March 7, 2016 an amended petition including only claims challenging the fact or duration of his custody. Dkt. 4. On March 2, 2016, the Court granted Petitioner an extension of time to file an amended petition. Dkt. 6. On April 18, 2016, the Court granted Petitioner a second extension of time, giving Petitioner until May 16, 2016 to file an amended petition. Dkt. 11.

1        On May 13, 2016, Petitioner filed a copy of the first page of the docket sheet with a
2   notation stating "I need an ext on the May 16 2016 day.t (sic)." Dkt. 13. The Court interprets this
3   as a Motion for Extension of Time to File Amended Petition ("Motion").[1]
4        After review of Petitioner's Motion, the Motion is granted. Petitioner shall have up to and
5   including June 27, 2016 to respond to the Court's February 2016 Order. The Court notes this is
6   Petitioner's third extension of time to respond to the Court's February 2016 Order. The Court
7   will not grant any additional extensions of time to respond to the Court's February 2016 Order
8   without a showing of good cause by Petitioner.
9        The Clerk is directed to provide Petitioner with a copy of this Order.
10       Dated this 26th day of May, 2016.

David W. Christel
United States Magistrate Judge

---

[1] Petitioner also filed apparent complaints against Western State Hospital employees ranging from 2012 to 2015. Dkt. 13, pp. 2-3. It is unclear how these complaints relate to his request for extension of time.