UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHILIP A PAUL,<br><br>              Petitioner,<br><br>    v.<br><br>WASHINGTON STATE ATTORNEY GENERAL,<br><br>              Respondent. | CASE NO. 3:16-CV-05056-BHS-DWC<br><br>ORDER DENYING MOTION FOR EXTENSION |

      Petitioner Philip A. Paul, proceeding *pro se*, filed this federal habeas Petition pursuant to 28 U.S.C. § 2254. On February 5, 2016, Petitioner was ordered to file by March 7, 2016 an amended petition including only claims challenging the fact or duration of his custody. Dkt. 4. On March 2, 2016, the Court granted Petitioner an extension of time to file an amended petition. Dkt. 6. On April 18, 2016, the Court granted Petitioner a second extension of time to file an amended petition. Dkt. 11. Petitioner was granted a third extension of time on May 26, 2016, giving Petitioner until June 27, 2016 to file an amended petition. Dkt. 14. The Court warned

Petitioner no additional extensions of time to respond to the Court's February 5, 2016 Order would be granted without a showing of good cause. *Id*.

On June 27, 2016, Petitioner filed a fourth Motion for Extension of Time and Supplement ("Motion"). Dkt. 15, 16. In the Motion, Petitioner reiterates complaints regarding his confinement and attaches copies of the Fourth, Fifth, and Fourteenth Amendments. Dkt. 15, 16. Petitioner provides no explanation for why he needs additional time to file an amended petition. *See* Dkt. 15, 16. Therefore, the Court finds Petitioner has not shown good cause for an additional extension of time.

Accordingly, the Motion is denied. Petitioner must file an amended petition in compliance with the Court's February 5, 2016 Order by July 15, 2016. If Petitioner fails to file an amended petition or otherwise respond to the Court's February 5, 2016 Order, the Court will recommend dismissal of this action without prejudice.

The Clerk is directed to provide Petitioner with a copy of this Order.

Dated this 1st day of July, 2016.

David W. Christel
United States Magistrate Judge

ORDER DENYING MOTION FOR EXTENSION - 2