1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

PHILIP A. PAUL,

8                                          Petitioner,

9     v.

10    WASHINGTON STATE ATTORNEY
      GENERAL and WESTERN STATE
11    HOSPITAL,

12                                        Respondents.

13

CASE NO. 16-5056

ORDER DECLINING TO ADOPT
REPORT AND
RECOMMENDATION AND
REREFERRING

14          This matter comes before the Court on the Report and Recommendation ("R&R")

15    of the Honorable David W. Christel, United States Magistrate Judge (Dkt. 19), and

16    Petitioner Philip Paul's ("Paul") amended petitions (Dkts. 20, 21).

17          On July 26, 2016, Judge Christel issued the R&R recommending that the Court

18    dismiss Paul's petition for failure to follow the court order to file an amended petition

19    raising only habeas grounds for relief.  Dkt. 19.  On August 11, 2016 and August 15,

20    2016, Paul filed amended petitions.

21

22

1       The Court declines to adopt the R&R because it appears that Paul is attempting to

2 follow the court order.  Therefore, the matter is rereferred for further proceedings based

3 on Paul's amended petitions.

4       **IT IS SO ORDERED**.

5       Dated this 19th day of September, 2016.

6

7

            BENJAMIN H. SETTLE

8             United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2