UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILIP A. PAUL,

    Petitioner,

  v.

WASHINGTON STATE ATTORNEY GENERAL, et al.,

    Respondents.

CASE NO. C16-5056 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

  This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 27. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

  (1) The R&R is **ADOPTED**;

  (2) Petitioner's 28 U.S.C. § 2254 claim (ground one) challenging the fact and duration of his confinement is **DISMISSED with prejudice**;

ORDER - 1

(3) Petitioner's 42 U.S.C. § 1983 claim (ground two) regarding the conditions of confinement is **DISMISSED without prejudice**;

(4) A certificate of appealability is **DENIED**; and

(5) This case is closed.

Dated this 13th day of February, 2017.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2